UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES JONES,
    Plaintiff,

vs.                                         Case No.:  3:22cv4883LAC/ZCB

M. NICHOLS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 3, 2023. (Doc. 36). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 36) is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss (Doc. 34) is **GRANTED** and Plaintiff's claims against Defendants in their official capacities are **DISMISSED with prejudice** for failure to state a claim under Rule 12(b)(6).

3. The case is returned to the magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants in their individual capacities.

**DONE AND ORDERED** this 3rd day of August, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**